FILE COPY



CAUSE NO. 12-14-00109-CR

IN THE COURT OF APPEALS

TWELFTH COURT OF APPEALS DISTRICT

TYLER, TEXAS

| | | |
|---|---|---|
| **BRANDON DURRELL MEDFORD, APPELLANT** | } | **APPEALED FROM 114TH DISTRICT COURT** |
| **V.** | } | **IN AND FOR** |
| **THE STATE OF TEXAS, APPELLEE** | } | **SMITH COUNTY, TEXAS** |

## ORDER

Came on for consideration the Appellant's Pro Se Motion to Obtain Records in the above-referenced cause, and it appearing that Appellant's counsel has filed an _Anders_ brief herein and that Appellant has been unable to examine the record so that he can file a pro se brief, it is hereby ORDERED that the trial court ensure that Appellant has the opportunity to fully examine the appellate record on or before **February 13, 2015**, and it is FURTHER ORDERED that the trial court notify this Court in writing as to the date or dates upon which the appellate record was made available to Appellant and the amount of time for which Appellant had access to the record on each date. Appellant shall have thirty (30) days from the day the appellate record was first made available to him to file his pro se brief with this Court.

**WITNESS THE HONORABLE JAMES T. WORTHEN**, Chief Justice, Court of Appeals District, Tyler, Texas.

**GIVEN UNDER MY HAND AND SEAL OF OFFICE** at Tyler, Texas, this 14th day of January 2015, A.D.

Respectfully yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_

Katrina McClenny, Chief Deputy Clerk